UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE KUEHN,

      Plaintiff,

      v.

COUNTY OF SANTA CRUZ, ET AL.,

      Defendants.

Case No.: 4:13-cv-04566-YGR

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

On October 2, 2013, this Court issued an Order setting the Initial Case Management Conference in this matter for January 13, 2014. (Dkt. No. 2.) As no defendants have been served to date, the Case Management Conference is hereby **CONTINUED** to **Monday, February 10, 2014 at 2:00 p.m.** at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland.

The parties shall file a joint case management conference statement five days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

Plaintiff is reminded that the Federal Rules of Civil Procedure require that all defendants be served within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m). Plaintiff filed his

*United States District Court*
*Northern District of California*

1  complaint October 2, 2013; the deadline for service is January 30, 2014.  Failure to timely serve

2  may be grounds for dismissal of the action.

3         The Court further notes that, as a *pro se* litigant, Plaintiff may seek assistance at the Court's

4  Legal Help Center.  The Legal Help Center may assist persons who do not have lawyers if they

5  make an appointment.  The Legal Help Center's phone number is (415) 782-8982 and its website is

6  http://cand.uscourts.gov/helpcentersf.

7

8         **IT IS SO ORDERED**.

9

10  Dated: January 8, 2014

11                                         **YVONNE GONZALEZ ROGERS**
                                           **UNITED STATES DISTRICT COURT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2