UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KUEHN,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CRUZ, ET AL.,<br><br>        Defendants. | Case No.: 4:13-cv-04566-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** |

On January 8, 2014, this Court issued an Order resetting the Initial Case Management Conference in this matter for February 10, 2014 to provide Plaintiff time to serve summonses on the defendants in this matter. (Dkt. No. 7.) In that Order, Plaintiff was reminded that under the Federal Rules of Civil Procedure, all defendants must be served within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m). (*Id.*) Plaintiff was warned that his failure to timely serve may be grounds for dismissal of this action. (*Id.*) Plaintiff filed his complaint on October 2, 2013; his deadline for serving defendants was January 30, 2014. As no defendants have been served to date, the February 10, 2014 Case Management Conference is hereby **VACATED.**

A compliance hearing regarding Plaintiff's intention to prosecute this action shall be held on **Friday, February 21, 2014** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, Plaintiff shall file either: (a) notice of service of summonses, or (b) a one-page STATEMENT setting forth an explanation for

his failure to timely serve Defendants in this action. If compliance is complete, Plaintiff need not appear and the compliance hearing will be taken off calendar.

The Court further notes that, as a *pro se* litigant, Plaintiff may seek assistance at the Court's Legal Help Center. The Legal Help Center may assist persons who do not have lawyers if they make an appointment. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED**.

Dated: February 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**